1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 OSUALDO MIRELES,                        1:09-cv-1591 GSA (HC)

12                                         ORDER TRANSFERING CASE TO THE
                                           SACRAMENTO DIVISION OF THE
13               Petitioner,               UNITED STATES DISTRICT COURT,
                                           EASTERN DISTRICT OF CALIFORNIA
14 vs.

15 K. DICKINSON,

16               Respondent.

17 _____/

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

19 28 U.S.C. § 2254.

20        Petitioner is challenging a prison disciplinary finding, and he is incarcerated at the

21 California Medical Facility located in Vacaville, California, which is part of the Sacramento

22 Division of the United States District Court for the Eastern District of California.  Therefore, the

23 petition should have been filed in the Sacramento Division.

24        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

25 proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

26 action will be transferred to the Sacramento Division.

                                         −1−

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4    2.  All future filings shall reference the new Sacramento case number assigned and shall

5    be filed at:

6                           United States District Court
                            Eastern District of California
7                           501 "I" Street, Suite 4-200
                            Sacramento, CA 95814
8

9    IT IS SO ORDERED.

10   **Dated:   September 11, 2009**          _____ **/s/ Gary S. Austin** _____
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26